UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Usine A Glace Nationale, S.A.*     CIVIL NO. *97-1732* (DRD)

v.

Defendant(s) *Pepsi-Cola Marketing Corporation*

| MOTION | ORDER |
|---|---|
| Docket entry no. *16* | ☒ GRANTED. |
| Date: *November 19, 1999* | ☐ DENIED. |
| Title: *Motion to Schedule Pretrial* | ☐ MOOT. |
|  | ☐ NOTED. |
| *Granted. However the conference will be a Settlement/Pretrial Conference to be held on January 31, 2000 at 5:00 P.M. The parties are to come fully prepared to settlement with appropriate authorization or immediate access to* | *authorization.* **IT IS SO ORDERED.** |

IT IS SO ORDERED.

Date: *1/15/99*

*[signature]*

**DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE**