# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Date: January 31, 2000

USINE A. GLACE NTNLE.                    CIVIL NO. 97-1732 (DRD)

    Plaintiff

v.

PEPSI COLA MARKETING

    Defendants

BY ORDER OF THE COURT, the Pretrial Conference set for today is re-set for **February 3, 2000 at 1:30 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified by telephone & mail:

Fernando Gallardo, Esq.
Rafael Escalera, Esq.
Juan Morales, Esq.