UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: February 3, 2000

**CIVIL NO. 97-1732 (DRD)**

Courtroom Deputy: Janet González

==================================================================

USINE A. GLACE NATIONALE                    <u>Attys:</u> Fernando GALLARDO

vs.

PEPSI COLA MARKETING CORP.                              Edna HERNANDEZ
==================================================================

The Pretrial Conference scheduled for today is converted into a STATUS CONFERENCE. Pending before the Court is a joint motion requesting a continuance of the Pretrial Conference in order for plaintiff to oppose defendant's Motion for Summary Judgment and submit the matter for the Court's determination. The Court grants the motion, however finds that the extension suggested by the parties to oppose the motion is too long, it is shortened to March 10, 2000. The parties will adhere to the Court's Standing Order in filing dispositive motions.

A further Status Conference is set for **May 10, 2000 at 9:00 A.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of record