UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: May 10, 2000

**CIVIL NO. 97-1732 (DRD)**

================================================================

| | |
|---|---|
| USINE A. GLACE NATIONALE, S.A., | Attorneys: |
| Plaintiffs, | Fernando L. Gallardo |
| v. | |
| PEPSI-COLA MARKETING CORPORATION | Edna Hernandez |
| OF PUERTO RICO, INC., et al., | |
| Defendants. | |

================================================================

A STATUS CONFERENCE was held and counsel provided the Court with the status of this case. They have not reached settlement. The Plaintiff's requests for extensions of time to oppose the pending motion for summary judgment are **GRANTED** until May 23, 2000. (Docket Nos. 23 & 24). Plaintiff is forewarned that absolutely no further extensions shall be forthcoming and all requests shall be summarily denied. Further, failure to timely respond may result in dismissal of this case for lack of prosecution and/or the Court summarily granting the motion for summary judgment. The reply (if absolutely necessary) to the opposition must be filed by June 23, 2000. Likewise no requests for extensions of time will be entertained. Also, an untimely reply shall be summarily stricken.

All discovery including depositions will be completed by July 31, 2000. No extensions.

P \MINUTES\97-1732 MEM
s/c: Counsel of record

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE