UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USINE A GLACE NTNLE.

    Plaintiff(s)

    v.                        CIVIL NUMBER: 97-1732 (JAG)

PEPSI-COLA MARKETING

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/21/00<br>**Title:** Motion to Extend Time Until 7/13/00 to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment<br>**Docket:** 27<br>[ ] Plffs  [x] Defts  [ ] Other | MOOT. |

Date: 10/03/00

JAY A. GARCIA-GREGORY
U.S. District Judge

sc: (3)

OCT - 6 2000