UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 11, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO. CIVIL 97-1732 (JAG)**

==================================================================

USINE A GLACE NTNLE.                    Attorneys:
                                        For Plaintiffs:

              VS
                                        For Defendant:
PEPSI COLA MARKETING


==================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set for **THURSDAY, OCTOBER 26, 2000 AT 4:30 PM BEFORE JUDGE GARCIA-GREGORY.**

Parties to be notified.

                                        _____
                                            LILY ALICEA
                                         COURTROOM DEPUTY

s/c: (3)

OCT 1 3 2000