UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                      DATE:NOVEMBER 3, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**      **CASE NO.CIVIL 97-1732(JAG)**

===============================================================

USINE A. GLACE                          Attorneys:
                                        For Plaintiff:

        V

                                   For Defendant:

PEPSI COLA MARKETING
===============================================================

    The status conference set for October 26, 2000 was not held
in view of the fact that the case has pending before the Court
a motion for summary judgment.  Once the summary judgment is
adjudicated by the Court the case will be reset.

    Parties to be notified.


                              _____
                              Lily Alicea-Courtroom Deputy

s/c: (3)

NOV 0 ? 2000