IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USINE GLACE NTNLE.

Plaintiff

v.                                           CIVIL NO. 97-1732 (JAG)

PEPSI-COLA MARKETING

Defendant

---

ORDER

This case has been referred to the undersigned magistrate judge for a report and recommendation on pending dispositive motions.

Oral Argument on defendant's motion for summary judgment is hereby set for **Friday, July 20, 2001 at 2:00 p.m.** Counsel for each side shall have **fifteen (15) minutes** to argue their respective motions.

Prior to the oral argument, counsel shall inform the Court whether their clients consent to disposition of this case by the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and Local Rule 509.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of July, 2001.

GUSTAVO A. GELPÍ
United States Magistrate Judge