

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USINE A GLACE NATIONALE,
S.A.

    **Plaintiff,**

    v.

PEPSI COLA MARKETING CORP.,
<u>et al.</u>

    **Defendants**

CIVIL NO. 97-1732(JAG)

## PARTIAL JUDGMENT

In accordance with the Opinion and Order issued today, the Court hereby enters partial judgment dismissing plaintiff's breach of contract claim (Count One) with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge