# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

USINE A GLACE NATINALE, S.A.

**Plaintiff(s)**

v.   CIVIL NO. 97-1732 (JAG)

PEPSI COLA MARKETING CORP., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/30/02<br>**Title:** Motion for an Enlargement of Time to File Amended Complaint<br>**Docket(s):** 44 | **GRANTED** until June 14, 2002. |
| X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)   ☐ Other | |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/28/02<br>**Title:** Motion Requesting Additional Time to Respond to Amended Complaint<br>**Docket(s):** 43 | **GRANTED** until June 24, 2002. |
| ☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)   ☐ Other | |

Date: June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge