IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USINE A GLACE NATIONALE, S.A.

    **Plaintiff**

    v.                              CIVIL NO. 97-1732(JAG)

PEPSI-COLA MARKETING
CORPORATION OF PUERTO RICO,
INC., et al.

    **Defendants**

### MEDIATION ORDER

    The Court schedules the above-entitled case for **MEDIATION** with principals available, in person or by telephone (preferably in person), during the week of **July 15, 2002**. The Honorable Robert Ward will serve as mediator.

    The parties are ordered to submit a **Mediation Memorandum**, not to exceed seven pages in length, to the undersigned's Chambers, by **Thursday, July 11, 2002**. The parties should use their memoranda to explain to the Judge matters that they cannot (or would not like to) place in the public file; prior settlement efforts; ideas and strategy regarding settlement; and any other information that would assist Judge Ward in his mediation efforts.

    The parties should bear in mind that their Mediation Memoranda must be sent **confidentially** to this Judge's Chambers. The purpose of the Mediation Memorandum is to help the parties arrive at a settlement. Accordingly, the parties must **not** file their memoranda with the Clerk of Court or otherwise make it part of the record in the case.

    The parties will be contacted in the coming days with




specific information regarding the date and time of their Mediation Conference.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26th day of June, 2002.

                                          JAY A. GARCIA GREGORY
                                          United States District Judge