## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

USINE A GLACE NATINALE, S.A.

    **Plaintiff(s)**

    v.                                             CIVIL NO.  97-1732 (JAG)

PEPSI COLA MARKETING CORP., et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/21/02<br>**Title:** Motion Requesting Additional Time to Respond to Amended Complaint<br>**Docket(s):** 47<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | **GRANTED.** The Court forewarns the parties that the Pre-Trial and Trial dates shall remain in place. |

Date:  June 27, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



