UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF SETTING** : | DATE: JULY 9, 2002 |
| BEFORE HONORABLE ROBERT A. WARD | |
| COURTROOM DEPUTY: Lily **ALICEA** | **CASE NO. CIV. 97-1732(JAG)** |

USINE A. GLACE NTNLE.          Attorneys:

     VS

PEPSI COLA MARKETING

---

By Order of the Court a mediation conference is hereby set before **Honorable Robert A. Ward on Thursday, July 18, 2002 at 9:00 AM.**

Parties to be notified.

 

*Lily Alicea*
Lily Alicea-Courtroom Deputy


