UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                DATE: July 15, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        CASE NO. civ. 97-1732 (JAG)
===============================================================

USINE A. GLACE NTLE.                       Attorneys:

                VS

PEPSI COLA MARKETING

---

**By order of the Court the mediation hearing scheduled for July 18, 2002 at 9:00 AM before Hon. Robert A. Ward is hereby vacated and set aside.**

Parties to be notified.

                                        _____
                                        Lily Alicea-Courtroom Deputy