UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: JULY 23, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIV. 97-1732 (JAG)
================================================================

USINE A. GALCE NTNLE.            Attorneys: FERNANDO GALLARDO

    VS

PEPSI COLA MARKETING                         EDNA HERNANDEZ

---

Case called for pretrial/settlement conference. Parties inform the Court that while waiting for the case to be called they started talking about settlement and they believe they are in a settlement figure which they understand can settle the case. Both parties are to meet contact their respective clients and present that settlement proposal.

Court orders the parties to settle the case and inform their clients that the Court understands that the case should be settled. Parties are to inform the Court by July 31, 2002 by filing a joint motion as to the outcome of the negotiations.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

