UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USINE A GLACE NTNLE.

    Plaintiff

    v.                          CIVIL NO.  97-1732 (JAG)

PEPSI COLA MARKETING

    Defendants

### JUDGMENT

Pursuant to the stipulation for voluntary dismissal filed by the parties, the Court enters judgment dismissing the case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of July, 2002.

                                    JAY A. GARCIA GREGORY
                                    United States District Judge

